IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: *11-61614-Civ-Dimitrouleas*

IN ADMIRALTY

CAPITAL ONE, National Association,
as successor by merger to North Fork Bank,

Plaintiff,

vs.

M/Y THREE DOG NIGHT, her engines,
boats, tackle, apparel, furniture and
furnishings, equipment and appurtenances
etc., *in rem*, and J & K DORF, LTD.,
and RANDY SCOTT DORFMAN and
MARY ELLEN DORFMAN, *in personam*,

Defendants.

_____/

### WARRANT FOR ARREST IN REM

**TO THE UNITED STATES MARSHAL**
**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

The complaint in the above–styled *in rem* proceeding was filed in the Ft. Lauderdale Division of this Court on July 20, 2011.

In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Ft. Lauderdale, Florida, this _26th_ day of July 2011.

CLERK   Steven M. Larimore

By: _____
Deputy Clerk

PD.5320553.1

1

ORDER: Warrant to issue for delivery
to U.S. Marshal not later than Noon of
next business day following issuance.
☐ Not to be executed on legal
holiday, weekend or after Noon
or date preceding same.
☑ May be executed anytime or day

U.S. DISTRICT JUDGE

Timothy P. Shusta, FBN: 442305
shustat@phelps.com
Phelps Dunbar, LLP
100 S. Ashley Drive, Ste. 1900
Tampa, Florida 33602-5315
(813) 472-7550
(813) 472-7570 Fax
Attorneys for Plaintiff, Capital One

cc:   Counsel of Record

# SPECIAL NOTICE

In accordance with Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a Verified Statement of Right or Interest within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).