UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61614-CIV-DIMITROULEAS

CAPITAL ONE, National Association.
as successor by merger to North Fork Bank,

    Plaintiff,

vs.

M/Y THREE DOG NIGHT, her engines,
boats, tackle, apparel, furniture and
furnishings, equipment and appurtenances
etc., in rem, and J & K DORF, LTD.,
and RANDY SCOTT DORFMAN and
MARY ELLEN DORFMAN, in personam,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO STRIKE JURY DEMAND

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Strike Jury Demand [DE 71], filed herein on May 8, 2012.  The Court has carefully considered the Motion, notes that it is unopposed by the defendants remaining in the case, Randy Scott Dorfman, and Mary Ellen Dorfman, and otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Strike Jury Demand [DE 71] is **GRANTED**;

2. The demand for jury trial is hereby **STRICKEN** from the Answer of defendant Randy Scott Dorfman [DE 65].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record