# EXHIBIT 5

(INVOICE OF FLORIDA NAUTICAL SURVEYORS)

# FLORIDA NAUTICAL SURVEYORS.

Marine Surveyors & Consultants

2727 NE 32nd Street
Fort Lauderdale, Fl 33306

Tel.  (954) 801 2140         email: FNSurveys@aol.com
      (954) 630 2141          web:  www.FloridaNauticalSurveyors.com
Fax.  (954) 630 8784

# INVOICE

August 26, 2011

Capital One
c/o
Timothy Shusta
Phelps Dunbar LLP
100 S. Ashley Drive
Suite # 11900
Tampa. FL. 33602

Re: "THREE DOG NIGHT"

PROFESSIONAL FEE

August 30th, 2011

Attend vessel to complete an in water
Condition & Valuation survey at the
National Liquidators facility in Fort Lauderdale

Agreed fee                                          1,500.00

TOTAL                                             $1,500.00

Please make check payable to: Malcolm Elliott, d/b/a. Florida Nautical Surveyors

Please mail check to above address.

*THANK YOU FOR YOUR BUSINESS*

Regards,



Malcolm Elliott